**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SELENE RMOF REO ACQUISITION, II, LLC        No. C-10-03848-DMR

12            Plaintiff,                         **ORDER VACATING HEARING ON
                                                 PLAINTIFF'S MOTION TO REMAND
13       v.                                      PENDING CONSENT TO
                                                 JURISDICTION OF MAGISTRATE
14   SAMUEL D. GAETOS, EMILY GAETOS, All         JUDGE**
     Unnamed Persons Claiming a Right to
15   Possession, Does 1-50

16            Defendants.
     _____/
17

18

19        On September 7, 2010, Plaintiff Selene RMOF REO Acquisition, II, LLC filed a Motion to

20   Remand under 28 U.S.C. § 1447(c).  *See* Docket No. 6.  Plaintiff noticed a hearing on the Motion to

21   Remand for October 14, 2010 at 11:00 a.m.

22        Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge

23   must be filed by each party before consideration of the motion.  Defendants in the above-captioned

24   case have not filed a signed consent to proceed before a Magistrate Judge.  Accordingly, the hearing

25   on Plaintiff's Motion to Remand set for October 14, 2010 at 11:00 a.m. before Magistrate Judge Ryu

26   is hereby vacated.  Upon the filing of signed consents by all parties to the action, the Court will issue

27   an order resetting the hearing.  If a declination is filed, the case will be reassigned to a District Court

28   Judge.

1          IT IS SO ORDERED.

2

3     Dated: September 9, 2010

4                                                  _____
                                                   DONNA M. RYU
5                                                  United States Magistrate Judge